UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PRUDENTIAL FINANCIAL, INC. DATA BREACH LITIGATION | Case No. 2:24-cv-06818-SRC-AME |

**PLAINTIFFS' NOTICE OF MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

**PLEASE TAKE NOTICE** that Plaintiffs Connie Boyd, Gina Adinolfi, John Moss, Stephanie Demaro, Anthony Guissarri, and Roger Menhennett ("Plaintiffs") respectfully move under Rule 23, for preliminary approval of a class action settlement between themselves and Defendant Prudential Financial, Inc. ("Prudential," together with Plaintiffs, the "Parties"), and, in furtherance of this Motion, respectfully request that the Court enter an Order:

(i)  conditionally certifying the Settlement Class;

(ii)  granting preliminary approval of the Settlement Agreement;

(iii)  appointing Connie Boyd, Gina Adinolfi, John Moss, Stephanie Demaro, Anthony Guissarri, and Roger Menhennett as Class Representatives;

(iv)  appointing Kevin Laukaitis of Laukaitis Law LLC, Daniel Srourian of Srourian Law Firm, P.C., Andrew J. Sciolla of Sciolla Law Firm, LLC, Steven M. Nathan of Hausfeld LLP, and Joseph J. DePalma of Lite DePalma Greenberg & Afanador, LLC as Co-Lead Class Counsel;

(v)  approving the Notice Program and Notices and directing that Notice be sent to the Settlement Class Members;

(vi)  approving the Claim Form and Claims process;

(vii)     ordering the Settlement's opt-out and objection procedures;

(viii)     appointing the Settlement Administrator;

(ix)     staying all deadlines in the Action pending Final Approval of the Settlement;

(x)     enjoining and barring all members of the Settlement Class from initiating or continuing in any litigation or asserting any claims against Prudential and the Released Parties arising out of, relating to, or in connection with the Released Claims prior to the Court's decision to grant Final Approval of the Settlement;

(xi)     setting a date for the Final Approval Hearing; and

(xii)     granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs will rely on the accompanying Memorandum of Law and Declarations of Kevin Laukaitis, Esq. and Declaration of Meagan Brunner of Simpluris, Inc. and the attached proposed form of Order.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated: May 30, 2025

*/s/ Joseph J. DePalma*
Joseph J. DePalma (NJ Bar #002151982)
Catherine B. Derenze (NJ Bar #275852018)
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

**HAUSFELD LLP**
Steven M. Nathan*
33 Whitehall Street, Fourteenth Floor
New York, NY 1004
Tel: (646) 357-1100
snathan@hausfeld.com

**SCIOLLA LAW FIRM LLC**
Andrew J. Sciolla (NJ Bar #018892006)
Land Title Building

100 S. Broad Street, Suite 1910
Philadelphia, PA 19110
T: (267) 328-5245
F: (215) 972-1545
andrew@sciollalawfirm.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis (NJ Bar #155722022)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

**SROURIAN LAW FIRM**
Daniel Srourian*
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
T: (213) 474-3800
F: (213) 471-4160
daniel@slfla.com

*Admitted Pro Hac Vice*

***Attorneys for Plaintiffs and the Proposed Classes***

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing was sent via CM/ECF to all counsel of record.

Date:   May 30, 2025

                                        */s/ Joseph J. DePalma*
                                        Joseph J. DePalma