# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PRUDENTIAL FINANCIAL, INC. DATA BREACH LITIGATION | Civil Action No.: 2:24-cv-06818-SRC-AME |

# ORDER

**THIS MATTER** having come before the Court upon Motion of Defendant Prudential Financial, Inc. ("Prudential") for entry of an Order dismissing Plaintiffs' Consolidated Complaint pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(1) and 12(b)(6) (the "Motion to Dismiss"). *See* ECF #36.

Whereas on June 5, 2025 this Court preliminarily approved the parties' settlement and scheduled a Final Settlement Approval hearing for October 22, 2025.

**IT IS** on this 11th day of June, 2025,

**ORDERED THAT** in light of the pending settlement, the Motion to Dismiss will be terminated without prejudice to Prudential's right to renew the Motion to Dismiss in the event that the settlement does not reach or obtain final approval.

**SO ORDERED.**

*s/Stanley R. Chesler, U. S. D. J.*
Hon. Stanley R. Chesler
