

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

July 31, 2025

**VIA ECF**
Honorable Stanley R. Chesler, U.S.D.J.
United States District Court for the
District of New Jersey
U.S. Post Office & Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

      Re:   *In re Prudential Financial, Inc. Data Breach Litigation*
                **Civil Action No.: 2:24-cv-06818 (SRC)(AME)**

Dear Judge Chesler:

      We write on behalf of Plaintiffs, with the consent of Defendant Prudential Financial, Inc., to inform the Court of a publication error by Simpluris, Inc., the Court-appointed Settlement Administrator, and to respectfully request approval of a corrected Short Form Notice to class members and a modification of the schedule set forth in the Court's Order Preliminarily Approving the Proposed Class Action Settlement, Scheduling Hearing for Final Approval Thereof and Approving the Proposed Form and Plan of Class Notice (*see* ECF No. 47).

      It was recently discovered that certain Short Form Notices mailed to class members omitted the login credentials necessary for those recipients to submit claims through the settlement website. This omission affects a subset of class members and may impair their ability to timely and effectively participate in the claims process.

      To remedy this issue, Simpluris will reissue corrected Short Form Notices to class members at its own expense. A copy of the proposed corrected Short Form Notice is enclosed here with new dates to be asserted upon this Court's approval of an amended schedule. In light of this development, and to ensure that all class members have a fair opportunity to submit their claims, Plaintiffs request that the Court approve the corrected Short Form Notice and amend the deadlines in the Preliminary Approval Order to allow additional time for notice and claims administration.



Honorable Stanley R. Chesler, U.S.D.J.
July 31, 2025
Page 2

      Should Your Honor have any questions or require any additional information, please do not hesitate to contact me.

                    Respectfully,

                    Joseph J. DePalma

JJD:emp
Enclosures
cc:    All Counsel of Record (via ECF)