**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Attorneys for Plaintiffs and the Proposed Class(es)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *IN RE: PRUDENTIAL FINANCIAL, INC. DATA BREACH LITIGATION*<br><br>This Document Relates To: ALL ACTIONS | **Civil Action No. 2:24-cv-6818(SRC)(AME)**<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF <u>CLASS ACTION SETTLEMENT</u>** |

To: All Counsel by ECF

Counsel:

**PLEASE TAKE NOTICE** that on December 1, 2025, at 9:00 am, or as soon thereafter as counsel may be heard, Plaintiffs Connie Boyd, Gina Adinolfi, John Moss, Stephanie Demaro, Anthony Guissarri, and Roger Menhennett shall hereby move before the Honorable Stanley R. Chesler, United States District Judge at the United States District Court for the District of New Jersey, Martin Luther King Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey 07102, under Federal Rule of Civil Procedure 23, for the entry of an order for Final

1

Approval of Class Action Settlement and for the Final Approval of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Costs, and Class Representatives' Service Payments that, among other things, will: (1) grant final approval of the proposed Settlement; (2) grant final certification of the proposed Settlement Class; (3) appoint Plaintiffs as Class Representatives, and appoint Lite DePalma Greenberg & Afanador, LLC, Hausfeld LLP, Sciolla Law Firm, Laukaitis Law LLC, and Srourian law Firm, as Class Counsel for the Settlement Class for settlement purposes; (4) approve payment of Class Counsel's attorneys' fees; (5) approve payment of Class Counsel's litigation costs; and (6) approve payment of Service Awards to Plaintiffs as Class Representatives.

    **PLEASE TAKE FURTHER NOTICE** that, in support thereof, the undersigned intend to rely on the accompanying Memorandum in Support of Motion for Final Approval of Class Action Settlement; the Declaration Joseph J. DePalma; the Declaration of Meagan Brunner; the records, pleadings, and papers filed in this action; and such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

    **PLEASE TAKE FURTHER NOTICE** that proposed forms of the Order Granting Final Approval of Class Action Settlement, and Order for the Final Approval of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Costs, and Class Representatives' Service Payments are attached.

|  |  |
|---|---|
|  | **LITE DEPALMA GREENBERG & AFANADOR, LLC** |
| Dated: November 3, 2025 | */s/ Joseph J. DePalma*<br>Joseph J. DePalma<br>Catherine B. Derenze<br>570 Broad Street, Suite 1201<br>Newark, New Jersey 07102<br>Tel: (973) 623-3000<br>jdepalma@litedepalma.com<br>cderenze@litedepalma.com |

**HAUSFELD LLP**
Steven M. Nathan*
33 Whitehall Street, Fourteenth Floor
New York, NY 1004
Tel: (646) 357-1100
snathan@hausfeld.com

**SCIOLLA LAW FIRM LLC**
Andrew J. Sciolla (NJ Bar #018892006)
Land Title Building
100 S. Broad Street, Suite 1910
Philadelphia, PA 19110
Tel: (267) 328-5245
andrew@sciollalawfirm.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis (NJ Bar #155722022)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel: (215) 789-4462
klaukaitis@laukaitislaw.com

**SROURIAN LAW FIRM**
Daniel Srourian*
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Tel: (213) 474-3800

daniel@slfla.com

*\* Admitted Pro Hac Vice*

*Attorneys for Representative Plaintiffs and the Proposed Class(es)*