UNITED STATES DISTRICT COURT OF NEW JERSEY

NEWARK DIVISION

MINUTES OF PROCEEDINGS

**OFFICE**: NEWARK
**JUDGE**: STANLEY R. CHESLER
**COURT REPORTER**: MARYJO MONTELEONE

**TITLE OF PROCEEDINGS**:
IN RE: PRUDENTIAL FINANCIAL, INC. DATA BREACH LITIGATION

DATE: 12/3/2025

**APPEARANCES**:
LITE DEPALMA GREENBERG & AFANADOR LLC
BY: JOSEPH DEPALMA, ESQUIRE
CATHERINE B. DERENZE, ESQUIRE
570 Broad Street, Suite 1201
Newark, New Jersey 07102
For the Plaintiffs

DOCKET NO.
24-6818

HAUSFELD
BY: STEVEN M. NATHAN, ESQUIRE
33 Whitehall Street, 14th Floor
New York, New York 10004
For the Plaintiffs

SEYFARTH SHAW, LLP
BY: DAPHNE MORDUCHOWITZ, ESQUIRE
620 Eight Avenue, 32nd Floor
New York, New York 10018
For the Defendant

NATURE OF PROCEEDINGS:
MOTION for Settlement for Final Approval of Class Action Settlement (D.E. 55 )
Final Approval of the Class Action Settlement, Fee Application and Expenses.
Court approved and GRANTED the Class Action Settlement for reasons stated on the record.
The amount of damages, etc., noted on the record. OTBS

11:00-12:10 1.10

s/Theresa C. Trivino Senior Courtroom Deputy
to the Honorable Stanley R. Chesler, Senior United States District Court Judge